## RECEIPT OF SERVICE

*Hope Bolden v. Micki Beth Stiller, P. C. and Micki Beth Stiller*
**In the United States District Court for the Middle District Court of Alabama**
**Case No.: 2:08cv21**
**Our File No. 06151-001**

I, ___M. WAYNE SABEL___, attorney, do hereby state that I accepted service of the Summons and Complaint in the above-styled case on **January 17, 2008**, on behalf of Defendants, Micki Beth Stiller, PC and Micki Beth Stiller.

_Mark Wayne Sabel_
**Mark Wayne Sabel**

_1-23-08_
**Date**

2008 JAN 24 A 4 38
U.S. DISTRICT COURT
MIDDLE DISTRICT AL