IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Hope Bolden,  )
  )
    Plaintiff,  )
  )
v.  ) CASE NO. 2:08cv21
  )
Micki Beth Stiller, P.C. and Micki Beth Stiller,  )
  )
    Defendants,  )

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Hope Bolden, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [x] This party is an individual, or
- [ ] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

1/25/2008
Date

/s/Constance C. Walker
(Signature)

Constance C. Walker (ASB-510-L66C)
(Counsel's Name)

Hope Bolden
Counsel for (print names of all parties)

Haskell Slaughter Young & Gallion, LLC
Post Office Box 4660, Montgomery, Alabama 36103-4660
Address, City, State Zip Code

334-265-8573
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, Constance C. Walker_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by  electronic mail and U. S. Mail    (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this  25th    day of  January      20 08, to:

Mark Wayne Sabel, Sabel & Sabel, Hillwood Office Center, 2800 Zelda Road, Ste. 100-5, Montgomery, AL  36106

1/25/2008                                               /s/Constance C. Walker
         Date                                                     Signature