**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                          TELEPHONE (334) 954-3600

February 4, 2008

# NOTICE OF REASSIGNMENT

RE:     Bolden v. Stiller et al

      Civil Action No. 2:08cv00021-CSC

The above-styled case has been reassigned to District Judge Mark E. Fuller. Please note that the number case number will be 2:08cv00021-MEF.