**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **HOPE BOLDEN,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| v. | )   Civil Action No.: 2:08cv00021-MEF |
| | ) |
| **MICKI BETH STILLER, and** | ) |
| **MICKI BETH STILLER, P.C.,** | ) |
| | ) |
|    **Defendants.** | ) |

## ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF DEADLINE FOR FILING ANSWER

**Defendants** Micki Beth Stiller and Micki Beth Stiller, P.C. have requested a twenty-day extension of time for filing an answer, and having shown good cause; it is therefore

**ORDERED**, that said motion is granted and the deadline for filing an answer to the complaint is hereby extended for a period of twenty days.

**DONE** this _____ day of _____, 2008.

_____
Magistrate Charles Coody