**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **HOPE BOLDEN,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No.: 2:08cv00021-MEF |
| ) | |
| **MICKI BETH STILLER, and** ) | |
| **MICKI BETH STILLER, P.C.,** ) | |
| ) | |
|     **Defendants.** ) | |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Micki Beth Stiller, P.C., a Defendant in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- ☐ This party is an individual, or
- ☐ This party is a government entity, or
- **X** There are no entities to be reported, or
- ☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| No reportable relationships | |

March 7, 2008
    Date

/s/ M. Wayne Sabel

M. Wayne Sabel
Counsel for Micki Beth Stiller, P.C.

**OF COUNSEL**:

Sabel & Sabel, P.C.
2800 Zelda Rd.; Suite 100-5
Montgomery, AL 36106
Telephone:     334- 271-2770
Facsimile      334-277-2882

## CERTIFICATE OF SERVICE

      I do hereby certify that I electronically filed a true and correct copy of the foregoing with the clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the counsel of record for Plaintiff:

Thomas G. Mancuso, Esq.
Constance C. Walker, Esq.
Attorneys for Plaintiff Hope Bolden
HASKELL SLAUGHTER YOUNG & GALLION, LLC
Post Office Box 4660
Montgomery, Alabama 36103-4660

                                  /s/ M. Wayne Sabel
                                  M. Wayne Sabel