IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| HOPE BOLDEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:08-cv-21-MEF |
| | ) | |
| MICKI BETH STILLER, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

Upon consideration of the plaintiff's Motion for Leave to File First Amended Complaint (Doc. #16) filed on April 15, 2008, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 23rd day of April, 2008.

    /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE