IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HOPE BOLDEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:08cv21-MEF |
| ) | |
| MICKI BETH STILLER, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

For good cause, it is

ORDERED that the mediation conference presently set for 9:00 a.m. on June 4, 2008 be and is hereby RESET to **1:30 p.m. on June 12, 2008**, in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 3rd day of June, 2008.

/s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE