IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HOPE BOLDEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:08cv21-MEF |
| | ) |
| MICKI BETH STILLER, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On June 12, 2008, the court held a mediation conference in this case. At the conclusion of the conference the parties announced to the court that they had reached an amicable settlement of all issues. Accordingly, it is

ORDERED that on or before June 26, 2008, the parties shall file a joint stipulation for dismissal.

Done this 13th day of June, 2008.

　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE