IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HOPE BOLDEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:08cv21-MEF |
| | ) |
| MICKI BETH STILLER, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

For good cause, it is

ORDERED that the status conference be and is hereby SET for **8:30 a.m. on June 23, 2008** by telephone conference call. The plaintiff shall set up the telephone conference call.

Done this 19th day of June, 2008.

                                        /s/Charles S. Coody
                                      CHARLES S. COODY
                                      UNITED STATES MAGISTRATE JUDGE