IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **HOPE BOLDEN,** ] | |
| ] | |
| **Plaintiff,** ] | |
| ] | |
| v. ] | Case Number: 2:08cv21-MEF |
| ] | |
| **MICKI BETH STILLER, P.C.** and ] | |
| **MICKI BETH STILLER,** ] | |
| ] | |
| **Defendants.** ] | |

### MOTION TO SEAL CASE

COME NOW the Plaintiff Hope Bolden and Defendants Micki Beth Stiller, P.C. and Micki Beth Stiller, and respectfully request that this Honorable Court place this entire case under seal. As grounds for this motion, the parties show as follows:

1.   The events in this case involve sensitive matters and also confidential/business information of the Defendants.

2.   Placing this matter under seal would not cause undue harm or prejudice to any of the parties, and in fact the parties have agreed, as part of their settlement, that the case should be placed under seal.

WHEREFORE, THE PREMISES CONSIDERED, the parties respectfully request that all the pleadings and other documents in this case be placed under seal, and that the Court provide such other relief that may be appropriate under the circumstances.

Respectfully submitted this the 24th day of June, 2008.

      /s/*Constance C. Walker*
Thomas G. Mancuso (ASB-6179-O53T)
Constance C. Walker (ASB-5510-L66C)
Attorneys for the Plaintiff/Counterclaim
Defendant Hope Bolden

**OF COUNSEL:**

**HASKELL SLAUGHTER YOUNG & GALLION, LLC**
305 South Lawrence Street
Post Office Box 4660
Montgomery, Alabama 36103-4660
(334) 265-8573
(334) 264-7945 Fax

        /s *M. Wayne Sabel*
M. Wayne Sabel (SAB002)
Attorney for the Defendants
Micki Beth Stiller and Micki Beth Stiller, P.C.

**OF COUNSEL:**

**SABEL & SABEL**
Hillwood Office Center
2800 Zelda Road
Suite 100-5
Montgomery, Alabama 36106
3340271-2770
334-277-2882 Fax

## CERTIFICATE OF SERVICE

      I hereby certify that on the 24th day of June, 2008, I electronically filed the foregoing with the Clerk of the Court using the **CM/ECF** system that will send notification of such filing to the following counsel:

M. Wayne Sabel
Sabel & Sabel
Hillwood Office Center
2800 Zelda Road, Suite 100-5
Montgomery, Alabama  36106

                                                               /s/*Constance C. Walker*
                                                       OF COUNSEL

33217