IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HOPE BOLDEN, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 2:08-cv-21-MEF |
| | ) |
| MICKI BETH STILLER, *et al.*, | ) (WO) |
| | ) |
| Defendants. | ) |

### **ORDER**

This cause is before the Court on the parties' Joint Motion to Seal Case (Doc. # 24), filed June 24, 2008. The Court finds that this motion is due to be denied because the parties have failed to meet their burden to show that the interest in placing these documents under seal outweighs the public right of access to judicial records. *See Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589 (1978); *Chicago Tribune Co. v. Bridgestone/Firestone, Inc.*, 263 F.3d 1304 (11th Cir. 2001).

For the reasons stated above, it is hereby ORDERED that the parties' Motion to Seal Case (Doc. # 24) is DENIED.

DONE this 25th day of June, 2008.

                                                         /s/ Mark E. Fuller
                                  CHIEF UNITED STATES DISTRICT JUDGE