IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HOPE BOLDEN, ] | |
| ] | |
|     Plaintiff, ] | |
| ] | |
| v. ] | Case Number: 2:08cv21-MEF |
| ] | |
| MICKI BETH STILLER, P.C. and ] | |
| MICKI BETH STILLER, ] | |
| ] | |
|     Defendants. ] | |

## JOINT STIPULATION FOR DISMISSAL

COME NOW the Plaintiff Hope Bolden and the Defendants Micki Beth Stiller, P.C. and Micki Beth Stiller, by and through their counsel, and by stipulation and agreement, hereby move this Honorable Court to dismiss all claims and counterclaims in the above-referenced matter with prejudice, the parties to bear their own costs.

Respectfully submitted this the 26th day of June, 2008.

                                    *s/ M. Wayne Sabel*
                                    M. Wayne Sabel (SAB002)
                                    Attorney for the Defendants
                                    Micki Beth Stiller and Micki Beth Stiller, PC

OF COUNSEL:

SABEL & SABEL
Hillwood Office Center
2800 Zelda Road
Suite 100-5
Montgomery, Alabama  36106
334-271-2770
334-277-2882 Fax

                                          s/ *Constance C. Walker*
                                          Thomas G. Mancuso (ASB-6179-O53T))
                                          Constance C. Walker (ASB-5510-L66C)
                                          Attorneys for the Plaintiff Hope Bolden

**OF COUNSEL:**

**HASKELL SLAUGHTER YOUNG & GALLION, LLC**
Post Office Box 4660
Montgomery, Alabama 36103-4660
Telephone:  (334) 265-8573
Facsimile:  (334) 264-7945

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the AlaFile system on the 26th day of June, 2008, which will send notification of such filing the following:

M. Wayne Sabel
Hillwood Office Benter
2800 Zelda Road
Suite 100-5
Montgomery, Alabama  36106
334-271-2770
334-277-2882 Fax

                                                         *s/ Constance C. Walker*
                                                         OF COUNSEL

34236